UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

### CASE NO. 04-20834-CIV-GOLD/SIMONTON

WACHOVIA BANK, NATIONAL
ASSOCIATION, formerly known as FIRST
UNION NATIONAL BANK, a national
association,

      Plaintiff,

v.

DR. PAUL TIEN, MING TIEN, HENRY TIEN,
YIFE TIEN, THE AMERICAN UNIVERSITY OF
THE CARIBBEAN N.V., INC., et al.,

      Defendants.

_____/



FILED by _____ D.C.

FEB 1 5 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING MOTION BY AUC COMPANIES, YIFE TIEN AND MEIO FOR ENLARGEMENT OF TIME TO SERVE COMPREHENSIVE PAPERS IN RESPONSE TO PENDING MOTIONS

This Cause is before the Court upon the Defendants', YIFE TIEN, AMERICAN UNIVERSITY OF THE CARIBBEAN N.V., THE AMERICAN UNIVERSITY OF THE CARIBBEAN SCHOOL OF MEDICINE, AMERICAN UNIVERSITY OF THE CARIBBEAN, and MEDICAL EDUCATION INFORMATION OFFICE, INC., (the "Movants") motion for enlargement of time to serve comprehensive papers in response to the pending motion for summary judgment [D.E. 143], motion to continue summary judgment [D.E. 130] and motion to appoint a receiver [D.E. 130]. The Court being fully advised, it is hereby:

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. The Movants shall have up to and including February 21, 2005 to serve comprehensive papers in response to the foregoing, listed motions.

163

**DONE AND ORDERED** at Miami, Florida, on this _15_ day of _Feb_ ,
2005.

_____
HON. ALAN S. GOLD
U.S. DISTRICT COURT JUDGE

Copies Furnished to:
Magistrate Judge Simonton
All Counsel of Record