UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 04-20834-CIV-GOLD/McALILEY**

AMERICAN UNIVERSITY OF
THE CARIBBEAN, a Cayman Islands
company,

    Plaintiff,

v.

HENRY TIEN and MING TIEN

    Defendants.
_____/

**AMERICAN UNIVERSITY OF THE CARIBBEAN'S
MOTION TO COMPEL PRODUCTION OF DOCUMENTS AS ORDERED BY COURT**

Plaintiff, AMERICAN UNIVERSITY OF THE CARIBBEAN ("AUC"), respectfully moves this Court for an order compelling the production of documents previously ordered by the Court at [D.E. 1707], and states:

On September 30, 2010, this Court ordered that Henry Tien produce certain documents to AUC by October 14, 2010. Order. [D.E. 1707]. Henry Tien then moved this Court for a clarification as to whether he actually needed to follow the Court's Order. *See* [D.E. 1717]. The Court clarified that Henry Tien was indeed required to "deliver copies of the responsive documents required by the September 30 Order to counsel for Defendants [AUC] no later than 5:00 p.m. on October 14, 2010." [D.E. 1718], pp. 1-2.

As of the service date of this motion, Henry Tien has not delivered any of the documents as twice ordered by this Court. Therefore, AUC respectfully requests that this Court issue an Order requiring Henry Tien to comply with the previous Orders at [D.E. 1707] and [D.E. 1718].

**Conclusion**

For the foregoing reasons, AUC respectfully requests that this Court issue an Order requiring Henry Tien to comply with the previous Orders at [D.E. 1707] and [D.E. 1718]..

**Rule 7.1(a)(3) Certificate of Conference**

I hereby certify that counsel for the movant has made reasonable efforts to confer with all parties who may be affected by the relief sought in the motion, but has been unable to resolve the issues raised in the motion.

Respectfully submitted,

ABALLI MILNE KALIL, P.A.

2250 SunTrust International Center
One Southeast Third Avenue
Miami, Florida 33131
Telephone: (305) 373-6600
Facsimile: (305) 373-7929

*s/* Craig P. Kalil
Hendrik G. Milne, Esq.
Florida Bar No. 335886
Craig P. Kalil, Esq.
Florida Bar No. 607282

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was served via CM/ECF on all parties authorized to receive service via CM/ECF and via U.S. Mail upon Ming Tien, *pro se*, and Henry Tien, *pro se*, at 5660 S.W. 58th place, Miami, Florida 33143, this 18th day of November, 2010.

s/ Craig P. Kalil
Craig P. Kalil