UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20834-CIV-DIMITROULEAS

AMERICAN UNIVERSITY OF
THE CARIBBEAN, a Cayman Islands
company,

    Plaintiff,

vs.

HENRY TIEN and MING TIEN,

    Defendants.
_____/

### ORDER APPROVING REPORT OF MAGISTRATE JUDGE; HOLDING DEFENDANT HENRY TIEN IN CIVIL CONTEMPT

THIS CAUSE is before the Court on Plaintiff AMERICAN UNIVERSITY OF THE CARIBBEAN's Motion for Order to Show Cause Why Henry Tien Should Not be Held in Contempt of Court [DE 2396], and the Report and Recommendation of United States Magistrate Judge Alicia O. Valle (the "Report") [DE 2403], dated August 26, 2022. The Court has conducted a *de novo* review of the Report [DE 2403], Defendant Henry Tien's Objections to the Magistrate Judge's Report and Recommendation [DE 2409], and the record herein. The Court is otherwise fully advised in the premises.

A party seeking to challenge the findings in a report and recommendation of a United States Magistrate Judge must file "written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006) (quoting *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989)). "It is critical that the objection be sufficiently specific and not a general objection to the report." *Macort*, 208 F. App'x at 784

(citing *Goney v. Clark*, 749 F.2d 5, 7 (3d Cir. 1984)). If a party makes a timely and specific objection to a finding in the report and recommendation, the district court must conduct a *de novo* review of the portions of the report to which objection is made. *Macort*, 208 F. App'x at 783-84; see also 28 U.S.C. § 636(b)(1). The district court may accept, reject, or modify in whole or in part, the findings or recommendations made by the Magistrate Judge. *Macort*, 208 F. App'x at 784; 28 U.S.C. § 636(b)(1). Accordingly, the Court has undertaken a *de novo* review of the record and the Objections.

In the Report, the Magistrate Judge recommends that this Court (i) enter an Order holding Defendant Henry Tien in civil contempt for failure to obey this Court's Orders requiring him to sign IRS Form 8821; (ii) issue a warrant for Defendant Henry Tien's arrest; and (iii) enter an Order that Defendant Henry Tien be held in custody until he purges himself of contempt by complying with the Court's Orders. The Court, having conducted a *de novo* review of the entire file and record herein, agrees with the reasoning and conclusion of the Magistrate Judge. Further, Defendant Henry Tien's Objections to the Magistrate Judge's Report and Recommendation [DE 2409], which assert that the case law that Judge Valle relied on at the hearing and in her Report do not support her recommendation, are without merit and shall be overruled.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 2403] is hereby **APPROVED**;
2. Defendant Henry Tien's Objections to the Magistrate Judge's Report and Recommendation [DE 2409] are **OVERRULED**;
3. Plaintiff's Motion [DE 2396] is hereby **GRANTED** as follows:

      a. The Court finds that Defendant Henry Tien is in **CIVIL CONTEMPT** for failing to obey this Court's Orders requiring him to sign IRS Form 8821;

      b. This Court shall by separate Order issue the warrant of arrest described above;

4. The Clerk is **DIRECTED** to mail a copy of this order to Defendant Henry Tien at the address below and to enter a NOTICE OF COMPLIANCE in the record indicating it has done so.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of September, 2022.

/s/ William P. Dimitrouleas
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Judge Valle

Counsel of Record

Henry Tien, *pro se*
5660 S.W. 58th Place
Miami, Florida 33143